UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.

CASE NO. 8:99-cr-271-T-17TGW

RAUL PEREZ.
_____/

## ORDER

THIS CAUSE is before this Court on Defendant's, Raul Perez, Motion to Correct Career Offender Status (Doc. 785), Motion for Relief pursuant to Fed.R.Civ.P. 60(b)(6) (Doc. 787), and Motion for Writ of Audita Querela (Doc. 788). Defendant seeks relief based upon his claim that his sentence was pursuant to an erroneous career offender finding.

This Court notes that extortion is an enumerated crime of violence. *See* Title 18 U.S.C. §924(e)(2)(B)(ii); USSG §4B1.2(a)(2). As such, Defendant's claim is without merit. Defendant was sentenced to a mandatory life imprisonment term not because of his career offender status, but instead because of the enhanced penalties which applied to Defendant's crimes as a result of his prior felony drug convictions pursuant to Title 21 U.S.C. §§841(b)(1)(A) and 851. Accordingly, it is:

**ORDERED** that Defendant's, Raul Perez, Motion to Correct Career Offender Status (Doc. 785), Motion for Relief pursuant to Fed.R.Civ.P. 60(b)(6) (Doc. 787), and Motion for Writ of Audita Querela (Doc. 788) are **DENIED**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 5th day of October, 2011.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to: All parties and counsel of record.

1